PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-0249-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RONDELL CRAMER, | DATE: January 19, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 19, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until March 9, 2023, at 9:30 a.m., and to exclude time between January 19, 2023, and March 9, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 38 gigabytes of evidence in electronic form, including two forensic cellular phone extractions, police reports, investigative reports, criminal history records, photographs, and other evidence. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

b)       Counsel for defendant desires additional time to consult with her client,  conduct investigation and research related to the case, to review the discovery, to discuss potential resolutions with her client, and to otherwise prepare for trial.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 19, 2023 to March 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 11, 2023                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ ADRIAN T. KINSELLA
                                                  ADRIAN T. KINSELLA
                                                  Assistant United States Attorney


Dated:  January 11, 2023                          /s/ HANNAH R. LABAREE
                                                  HANNAH R. LABAREE
                                                  Counsel for Defendant
                                                  RONDELL CRAMER



## ORDER

IT IS SO FOUND AND ORDERED this 12th day of January, 2023.



                                                  Troy L. Nunley
                                                  United States District Judge