Case 2:22-cr-00249-TLN   Document 33   Filed 04/25/23   Page 1 of 1

```
HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH R. LABAREE, SBN #294338
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Hannah_labaree@fd.org

Attorneys for Defendant
RONDELL CRAMER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00249 TLN |
| Plaintiff, | **[PROPOSED]** ORDER |
| vs. | Judge: Allison Claire |
| RONDELL CRAMER, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A, containing medical records, be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated: April 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Proposed Order to Seal               -1-               *United States v. Cramer,* 2:22-cr-00249 TLN