1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JEROME PRICE, #282400
   First Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   RONDELL CRAMER
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          Case No. 2:22-cr-00249-TLN
12
          Plaintiff,                  STIPULATION TO CONTINUE SENTENCING
13                                    HEARING AND MODIFY PRESENTENCE
   vs.                                SCHEDULE; ORDER
14
   RONDELL CRAMER,                    DATE: October 12, 2023
15                                    TIME: 9:30 a.m.
          Defendant.                  JUDGE: Hon. Troy L. Nunley
16

17

18     IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

19 Attorney, through Adrian Kinsella, Attorneys for Plaintiff, and Heather Williams, Federal

20 Defender, through First Assistant Federal Defender Jerome Price, Attorney for Defendant

21 Rondell Cramer, that the sentencing hearing currently set for October 12, 2023, be continued to

22 **January 11, 2024, at 9:30 a.m.**

23     The reason for the continuance is that the probation officer is still working to complete

24 the presentence investigation process, and an extended timeline for the presentence report is

25 necessary as the draft report is still pending disclosure to the parties.

26     The parties further request that the PSR schedule be modified consistent with the new

27 sentencing date, as follows:

28     //

| | |
|---|---|
| Draft Presentence Report Due: | December 7, 2023 |
| Informal Objections to Presentence Report Due: | December 14, 2023 |
| Presentence Report Due: | December 21, 2023 |
| Formal Objections to Presentence Report Due: | December 28, 2023 |
| Reply or Statement of Non-Opposition Due: | January 4, 2024 |
| Judgment and Sentencing: | January 11, 2024 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 2, 2023

*/s/  Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant
RONDELL CRAMER

Date: October 2, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/Adrian Kinsella*
ADRIAN KINSELLA
Assistant U.S. Attorneys
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: October 2, 2023

_____
Troy L. Nunley
United States District Judge